# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 15, 2020

## NO. 03-20-00274-CV

**L. R. J. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND KELY
### REFORMED AND, AS REFORMED, AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order of termination signed by the trial court on April 6, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the trial court's order requiring reversal. However, there was error in the order that requires correction. Therefore, the Court reforms the trial court's order. Because at trial the Texas Department of Family and Protective Services limited its request for termination to Tex. Fam. Code § 161.001(b)(1)(N) and (O), we reform the trial court's order of termination to delete its findings of statutory grounds under paragraphs (D) and (E). The order, as reformed, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.